UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOGERT ABRANTES**,

    Plaintiff,

  v.

**NORTHLAND GROUP, INC.**,

    Defendant.

Case No. 14-cv-05311-YGR

**ORDER VACATING HEARING**

The Court has reviewed the papers filed in connection with Defendant Northland Group, Inc.'s Motion to Stay the proceedings on primary jurisdiction grounds (Dkt. No. 24) and finds this matter appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for **April 14, 2015,** is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: April 10, 2015

                                  **YVONNE GONZALEZ ROGERS**
                                  **UNITED STATES DISTRICT COURT JUDGE**