UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOGERT ABRANTES,

    Plaintiff,

v.

NORTHLAND GROUP, INC.,

    Defendant.

Case No. 14-cv-05311-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| TRIAL SETTING CONFERENCE: | Monday, December 15, 2015 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | October 7, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | February 5, 2016 |
| Plaintiff's Expert Disclosure 11/20/15; Defendant's Expert Disclosure 12/18/15; Supplemental Reports by 1/4/16. | |
| Class Certification Motion filed by 11/3/15; Opposition filed 11/17/15; reply filed 12/1/15; Hearing om Motion 12/15/15 at 2:00pm | |
| EXPERT DISCOVERY CUTOFF: | February 5, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | [filed by 3/15/16] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 27, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 10, 2016 |
| PRETRIAL CONFERENCE: | Friday, June 24, 2016 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| TRIAL DATE AND LENGTH: | Monday, July 11, 2016 at 8:30 a.m. for 5 days (Jury Trial) |
|---|---|

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, May 27, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by July 1, 2015 by filing a JOINT Notice. A compliance hearing regarding shall be held on <u>Wednesday, July 1, 2015 on the Court's 9:01a.m.</u> calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By June 29, 2015, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 19, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge