UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOGERT ABRANTES**,<br>             Plaintiff,<br>      v.<br>**NORTHLAND GROUP, INC.**,<br>             Defendant. | Case No.  14-cv-05311-YGR<br><br>**ORDER REGARDING JOINT CASE STATUS STATEMENT AND COMPLIANCE HEARING** |

The Court's Case Management and Pretrial Order required that class certification motions be filed by November 13, 2015.  No class certification motions have been filed as of this date.  In light thereof, the parties are directed to file a joint statement regarding the status of the case no later than Friday, **December 4, 2015.**

A compliance hearing regarding the case status shall be **SET** for **Friday, December 11, 2015,** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  If the joint status statement is filed timely, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**
Dated: November 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**