# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>                    Plaintiffs,<br>v.<br><br>NORTHLAND GROUP, INC.,<br><br>                    Defendant. | Case No: 4:14-cv-05311-YGR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS<br><br>HON. YVONNE GONZALEZ ROGERS |

Based upon the Joint Stipulation for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff Jogert Abrantes and without prejudice as to the putative class. All pending dates including the compliance hearing set for December 11, 2015, are VACATED.

IT IS SO ORDERED.

Dated: November 23, 2015

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE